In the Matter of the Application of THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant, Relative to Acquiring Land for the Purpose of Opening Quarry Road in the Twenty-fourth Ward of the City of New York.

HOME FOR INCURABLES, Respondent.

*Matter of Mayor, etc., of N. Y. (In re Quarry Road)*, 96 App. Div. 627, affirmed.
(Argued February 20, 1905; decided March 7, 1905.)

. APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 14, 1904, which affirmed an order of Special Term confirming the report of commissioners of estimate and assessment . herein.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* and *George L. Sterling* of counsel), for appellant.

*Joseph A. Flannery* for respondent.

Order affirmed, with costs, on opinion of LAUGHLIN, J., in this case, reported in 84 Appellate Division, 418.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.